**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

In re:  MALLORY CHRISTINE                   §   Case No. 23-90412
        MCCLENDON                            §
                                             §
                                             §
                                             §
            Debtor(s)

---

### TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 09/14/2023. The undersigned trustee was appointed on 09/14/2023.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of         $         15,000.00

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 1,879.44 |
| Bank service fees | 364.88 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]          $ | 12,755.68 |

The remaining funds are available for distribution.

---

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 01/30/2024 and the deadline for filing governmental claims was 03/12/2024. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,250.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,250.00, for a total compensation of $2,250.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $115.34 for total expenses of $115.34[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/16/2026

By: /s/ Jeffrey D. Richardson

Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (5/1/2011)**

## Form 1

### Individual Estate Property Record and Report

### Asset Cases

Exhibit A

Page: 1

Case No.:   23-90412

Case Name:   MALLORY CHRISTINE MCCLENDON

For Period Ending:   05/16/2026

Trustee Name:   (330310) Jeffrey D. Richardson

Date Filed (f) or Converted (c):   09/14/2023 (f)

§ 341(a) Meeting Date:   10/19/2023

Claims Bar Date:   01/30/2024

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1* | 842 CR 600 N, Sadorus, IL 61872-0000, Champaign County (See Footnote) | 321,251.00 | 56,632.00 | | 15,000.00 | FA |
| 2 | 2017 Ford Edge SEL Sport Utility 4D, 80,000 miles | 16,966.00 | 0.00 | | 0.00 | FA |
| 3 | 2015 Ford F250 Spr Duty Supercab Lariat, 170,000 miles | 23,025.00 | 0.00 | | 0.00 | FA |
| 4 | 1986 Bass Buggy Pontoon Boat | 4,000.00 | 4,000.00 | | 0.00 | FA |
| 5 | 1986 Kings Trailer | 500.00 | 500.00 | | 0.00 | FA |
| 6 | misc. household goods & furniture | 1,000.00 | 0.00 | | 0.00 | FA |
| 7 | 3 flat screen TV's; 1 laptop; 1 cell phone, misc. electronics - nothing of significant value | 400.00 | 0.00 | | 0.00 | FA |
| 8 | Kid's Kayak | 50.00 | 50.00 | | 0.00 | FA |
| 9 | misc. clothes | 200.00 | 0.00 | | 0.00 | FA |
| 10 | wedding ring and band, diamond necklace, wedding band | 250.00 | 0.00 | | 0.00 | FA |
| 11 | 2 dogs, 1 cat | 0.00 | 0.00 | | 0.00 | FA |
| 12 | checking: U of 1 Comm. Credit Union | 59.97 | 0.00 | | 0.00 | FA |
| 13 | savings: U of 1 Comm. Credit Union | 21.11 | 0.00 | | 0.00 | FA |
| 14 | savings: U of I Comm. Credit Union | 0.05 | 0.00 | | 0.00 | FA |
| 15 | savings: U of I Comm. Credit Union | 0.43 | 0.00 | | 0.00 | FA |
| 16 | Deposits of money: Venmo | 0.00 | 0.00 | | 0.00 | FA |
| 17 | Deposits of money: Cash App | 0.00 | 0.00 | | 0.00 | FA |
| 18 | Deposits of money: Pay Pal | 0.00 | 0.00 | | 0.00 | FA |
| 19 | checking: Busey Bank | 330.98 | 0.00 | | 0.00 | FA |
| 20 | IRA: Fidelity - IRA | 535.96 | 0.00 | | 0.00 | FA |
| 21 | Probate Estate of Gerald McClendon II (deceased husband - passed unexpectedly 6-18-23) (Debtor entitled to $30,000 Spouse's award claimed exempt) | Unknown | Unknown | | 0.00 | FA |
| 21 | Assets Totals (Excluding unknown values) | $368,590.50 | $61,182.00 | | $15,000.00 | $0.00 |

RE PROP# 1    Trustee compromise on adversary case no. 23-09013 with Bank of Gibson City for $15,000.00.  Order Allowing Compromise entered 1/27/25. (Doc. 59).

UST Form 101-7-TFR (5/1/2011)

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit A

Page:  2

**Case No.:**   23-90412

**Case Name:**   MALLORY CHRISTINE MCCLENDON

**For Period Ending:**   05/16/2026

**Trustee Name:**   (330310) Jeffrey D. Richardson

**Date Filed (f) or Converted (c):**   09/14/2023 (f)

**§ 341(a) Meeting Date:**   10/19/2023

**Claims Bar Date:**   01/30/2024

**UST Form 101-7-TFR (5/1/2011)**

## Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A

Page: 3

| | |
|---|---|
| **Case No.:**   23-90412 | **Trustee Name:**   (330310) Jeffrey D. Richardson |
| **Case Name:**   MALLORY CHRISTINE MCCLENDON | **Date Filed (f) or Converted (c):**   09/14/2023 (f) |
| | **§ 341(a) Meeting Date:**   10/19/2023 |
| **For Period Ending:**   05/16/2026 | **Claims Bar Date:**   01/30/2024 |

**Major Activities Affecting Case Closing:**

2ndTIR: After my last annual report, the Court approved a compromise of $15,000.00 to abandon the Sadorus real estate and mobile home.  Those funds have been received and claims were recently adjudicated with an order allowing my objection to claim 2-1 entered 10/28/25.   This case is now ready for final report.

9/23/23:  Initial review of file; run LEXIS report; review correspondence from Roger Prillaman on status of estate at issue concerning 2008 Ford F450 truck; letter to Roger Prillaman re: same.

10/22/23: Review correspondence from Roger Prillaman re: status of estate. JDR

10/23/23: Telephone conference with Roger Prillaman re: estate matters and concerning the real estate. JDR

10/24/23: Draft Application to Employ Martin Auction and related documents. JDR

10/24/23: Letter to Roger Prillaman re title on boat and trailer. JDR

10/24/23: Telephone call to Craig Hunt's office in Rantoul; who represents the deceased husband's estate; Craig out today, left message for Craig to call me. JDR

10/25/23: Review status of file; request claims bar date; telephone call Central Illinois Title to determine their eligibility to do title work in Champaign; telephone call Dan Grieser Commercial Vice President re status of mortgage and the acceptability of Ms. McClendon's realtor to list the house; telephone call to Michael Hogue at Remax Realtors in Champaign to discuss the listing with the title work to put in on the market. JDR

11/3/23:  Review correspondence from Dan Grieser at Bank of Gibson City; respond to same with documents requested. JDR

11/8/23:  Telephone conference with Mike Hogue at Remax; run through numbers on real estate; long telephone conference with Debtor's attorney re: status; request that mobile home/manufactured home title held by attorney but not with the bank's lien on it be turned over to me; tickler memo to the file.  JDR

11/12/23: Review email form Dan Greiser at Bank of Gibson City; telephone call Mr. Greiser to discuss my position about the lien on the mobile home. JDR

11/13/23: Legal research re: manufactured/mobile home real property; legal research re: perfecting lien on mobile home. LER

11/15/23: Meeting with Trustee re: consulting with realtor; run lexis on manufactured home; phone call realtor, meeting with Debtor tomorrow morning to look at condition of property, not sure would be able to get original estimated value, will call tomorrow with update after meeting; follow up email to realtor. LER

11/16/23: Phone call from realtor re: inspected property and estimated sales price, need to run by Trustee before requesting listing agreement. LER

12/13/23: Telephone conference with Roger Prillaman re: status of possession of the home on the Sadorus property; review follow up email from Roger. JDR

12/19/23: Legal research on issue concerning manufactured home title and the Illinois statute including the bankruptcy exemption clause which I conclude does not apply. JDR

12/19/26:  Review and analysis of situation with house and home and the manufactured home; prepare outline of potential settlement; telephone call Roger Prillaman's office; telephone Dan Grieser at Gibson City Bank of Gibson City. JDR

12/20/23- Draft lengthy settlement proposal to the Bank in Gibson City. JDR

12/21/23: Review email from real estate agent, brief discussion with Trustee; email response to agent re: possible deal with Bank and not listing property. LER

12/22/23:  Review correspondence from Dan Grieser at the Bank of Gibson City; respond to Dan; tickler memo to the file.  JDR

12/28/23:  Review correspondence from Roger Prillaman re: Secured claim that SBA filed in the probate estate; review approximately two dozen pages of security and claim documents; email to Roger with my opinion as to the SBA claim and lien. JDR

2/10/24:  Telephone conference with Dan Greiser at the Bank of Gibson City; telephone call with Allen Baker, Ms. McClendon's father, about the status of the property; call back to Dan. JDR

3/20/24: Telephone conference with Roger Prillaman about various issues in the case and the status of the property, Roger gives permission to discuss matters by responding to Ms. McClendon's call to me. JDR

3/21/24: Telephone call with Mallory re status of case and propane issue along with further information on the home, former home owner's family. JDR

3/25/24:  Lexis search; letter to Roger Prillaman about vehicle out at the property after running lexis search.

# Form 1

## Individual Estate Property Record and Report

Exhibit A

Page: 4

## Asset Cases

**Case No.:**   23-90412

**Case Name:**   MALLORY CHRISTINE MCCLENDON

**For Period Ending:**   05/16/2026

**Trustee Name:**   (330310) Jeffrey D. Richardson

**Date Filed (f) or Converted (c):**   09/14/2023 (f)

**§ 341(a) Meeting Date:**   10/19/2023

**Claims Bar Date:**   01/30/2024

JDR

8/26/24:  Further review of Motion to Lift Stay; draft Objection and file same on Bank of Gibson City's Motion. JDR

9/10/24: Long telephone conference with Roger Prillaman; long telephone conference with Joe Chamley re: settlement. JDR

9/11/24:  Prepare for hearing; case continued to January 26th. JDR

9/26/24: Prepare for further hearing on Motion for Relief from Stay of Bank of Gibson City, case continued to October 10th at 1:30 . JDR

10/10/24: Prepare Motion to Compromise and Notice. JDR

11/4/24: Prepare annual report. JDR

11/20/24: New legal research  re: rejecting compromise with Trustee after it has been reached  LER

11/29/24:  GIbson City: Further legal research for authorities governing settlements both before and after court approval as well as on bankruptcy Rule 919.   JDR

12/2/24: Draft Adversary lawsuit against Bank of Gibson City. JDR

12/9/24: Changes to Adversary Complaint following review of additional research. JDR

12/13/24:  Review correspondence from Joe Chamley offering to pay $15,000.00 with no additional costs and on a couple of other issues; letter to Joe indicating that I am fine with that but I'd have to file a Motion to Compromise; copy to Roger Prillaman who just called me. JDR

12/15/24:  Draft Motion to Compromise; draft Notice of Compromise. JDR

12/21/24:  Draft proposed Order on the Motion to Compromise (Doc. 40). JDR

12/25/24: Gibson City: review correspondence from Joe Chamley re: completion of Adversary and surrender of title; respond to same by email. JDR

12/24/24:  Revisions to Motion to Compromise Adversary and Notice. JDR

1/23/25: Review Notice from Court; draft Order Allowing Motion to Compromise the Bank of Gibson City Adversary Case; draft Motion to Dismiss the Adversary Case; draft proposed Order of Dismissal. JDR

1/28/25:  Review notice from Court granting Motion to Dismiss Bank of Gibson City case; letter to Joe Chamley with title to the  mobile/manufactured home with copy to Roger Prillaman. JDR

4/19/25: Prepare Application to Pay Attorneys' Fees; Notice of Application to Pay; review estate record on deceased husband's probate case; letter to attorney Craig Hunt, attorney for the estate representative; tickler memo to the file. JDR

4/22/25: Review and revise Motion for Fees and Expenses. JDR

6/13/25: Print out claims; review Schedules and claims, draft objections to claim nos. 1-1, 2-1, 4-1. :LER

7/7/25: Review Notice from Court; draft Order Allowing Attorney's Fees and Expenses. JDR

8/13/25: Finalize claims objections for filing. LER

9/20/25: Review correspondence from clerk; memo to staff re: amending the typographical error for Proof of Claim. JDR

12/8/25:  Prepare TIR. JDR

4/12/26: Reviewed file; prepared Report concerning the Turnover of the Rav 4 and mobile home; prepared Report concerning the Compromise of the Adversary Case. JDR

5/16/26:  Prepare TFR. JDR

**Initial Projected Date Of Final Report (TFR):**  02/01/2025          **Current Projected Date Of Final Report (TFR):**   05/16/2026 (Actual)

05/16/2026

Date

/s/Jeffrey D. Richardson

Jeffrey D. Richardson

**UST Form 101-7-TFR (5/1/2011)**

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 23-90412 | Trustee Name: | Jeffrey D. Richardson (330310) |
|---|---|---|---|
| Case Name: | MALLORY CHRISTINE MCCLENDON | Bank Name: | TriState Capital Bank |
| Taxpayer ID #: | **-***2243 | Account #: | ******0484 Checking |
| For Period Ending: | 05/16/2026 | Blanket Bond (per case limit): | $20,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/17/24 | {1} | Bank of Gibson City | Settlement for Adversary Case No. 24-09013 | 1110-000 | 15,000.00 | | 15,000.00 |
| 12/31/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 11.18 | 14,988.82 |
| 01/31/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 24.81 | 14,964.01 |
| 02/28/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 22.38 | 14,941.63 |
| 03/31/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 23.14 | 14,918.49 |
| 04/21/25 | 101 | Central Illinois Title Company | Title Ins. Fil No. 8711 initial title search | 2500-000 | | 300.00 | 14,618.49 |
| 04/30/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 25.47 | 14,593.02 |
| 05/30/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 23.38 | 14,569.64 |
| 06/11/25 | 102 | U.S. Bankruptcy Court | Adversary Case No. 24-09013 filing fee | 2700-000 | | 350.00 | 14,219.64 |
| 06/30/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 22.42 | 14,197.22 |
| 07/21/25 | 103 | Jeffrey D. Richardson | Court awarded attorney's fees (Doc. 68) | 3110-000 | | 1,225.00 | 12,972.22 |
| 07/31/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 24.57 | 12,947.65 |
| 08/29/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 20.05 | 12,927.60 |
| 09/30/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 22.09 | 12,905.51 |
| 10/31/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 21.37 | 12,884.14 |
| 11/28/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 18.58 | 12,865.56 |
| 12/01/25 | 104 | International Sureties, Ltd. | Bond premium #612419151 | 2300-000 | | 4.44 | 12,861.12 |
| 12/31/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 23.36 | 12,837.76 |
| 01/30/26 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 20.57 | 12,817.19 |
| 02/27/26 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 19.17 | 12,798.02 |
| 03/31/26 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 21.87 | 12,776.15 |
| 04/30/26 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 20.47 | 12,755.68 |

| | | | | |
|---|---|---|---|---|
| COLUMN TOTALS | | 15,000.00 | 2,244.32 | $12,755.68 |
| Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| Subtotal | | 15,000.00 | 2,244.32 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $15,000.00 | $2,244.32 | |

*{ } Asset Reference(s)*     **UST Form 101-7-TFR (5/1/2011)**     *! - transaction has not been cleared*

**Form 2**

## Cash Receipts And Disbursements Record

**Case No.:**       23-90412

**Case Name:**     MALLORY CHRISTINE MCCLENDON

**Taxpayer ID #:**   **-***2243

**For Period Ending:** 05/16/2026

**Trustee Name:**          Jeffrey D. Richardson (330310)

**Bank Name:**             TriState Capital Bank

**Account #:**             ******0484 Checking

**Blanket Bond (per case limit):** $20,000.00

**Separate Bond (if applicable):** N/A

| | |
|---|---:|
| Net Receipts: | $15,000.00 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $15,000.00 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******0484 Checking | $15,000.00 | $2,244.32 | $12,755.68 |
| | **$15,000.00** | **$2,244.32** | **$12,755.68** |

| | |
|---|---|
| 05/16/2026 | /s/Jeffrey D. Richardson |
| Date | Jeffrey D. Richardson |

# Exhibit C

## Claims Proposed Distribution Register

**Case: 23-90412 MALLORY CHRISTINE MCCLENDON**

**Case Balance:** $12,755.68         **Total Proposed Payment:**  $12,755.68         **Remaining Balance:**  $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| D0 | Bank of Gibson City | Secured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $12,755.68 |
| D0 | Bank of Gibson City | Secured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $12,755.68 |
| D0 | Pentagon Federal Credit Union | Secured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $12,755.68 |
| D0 | U of 1 Community Credit Union | Secured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $12,755.68 |
| D0 | U of 1 Community Credit Union | Secured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $12,755.68 |
| D0 | U of I Community Credit Union | Secured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $12,755.68 |
| D0 | U of I Community Credit Union Visa | Secured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $12,755.68 |
| | Jeffrey D. Richardson | Admin Ch. 7 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $12,755.68 |
| | <3110-00 Attorney for Trustee Fees (Trustee Firm)> | | | | | | | |
| | Jeffrey D. Richardson | Admin Ch. 7 | $1,225.00 | $1,225.00 | $1,225.00 | $0.00 | $0.00 | $12,755.68 |
| | <3110-00 Attorney for Trustee Fees (Trustee Firm)> | | | | | | | |
| | Central Illinois Title Company | Admin Ch. 7 | $300.00 | $300.00 | $300.00 | $0.00 | $0.00 | $12,755.68 |
| | <2500-00 Costs re Sale of Property (closing costs, etc.)> | | | | | | | |
| | Jeffrey D. Richardson | Admin Ch. 7 | $2,250.00 | $2,250.00 | $0.00 | $2,250.00 | $2,250.00 | $10,505.68 |

Printed:   05/16/2026 10:21 AM

Page:  2

## Exhibit C

## Claims Proposed Distribution Register

**Case: 23-90412 MALLORY CHRISTINE MCCLENDON**

**Case Balance:**   $12,755.68          **Total Proposed Payment:**   $12,755.68          **Remaining Balance:**   $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---------|---------------|------|-------------:|---------------:|-------------:|--------------:|-----------------:|----------------:|
| | <2100-00 Trustee Compensation> | | | | | | | |
| | Jeffrey D. Richardson | Admin Ch. 7 | $115.34 | $115.34 | $0.00 | $115.34 | $115.34 | $10,390.34 |
| | <2200-00 Trustee Expenses> | | | | | | | |
| | Illinois Department of Revenue | Priority | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $10,390.34 |
| 1P | ILLINOIS DEPARTMENT OF REVENUE | Priority | $616.07 | $616.07 | $0.00 | $616.07 | $616.07 | $9,774.27 |
| 2P | IRS | Priority | $3,469.30 | $3,469.30 | $0.00 | $3,469.30 | $3,469.30 | $6,304.97 |
| | Bank of Gibson City | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $6,304.97 |
| | Carle Physicians Group | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $6,304.97 |
| | LCS Capital, LLC/Loan Depot | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $6,304.97 |
| 3 | DISCOVER BANK | Unsecured | $11,317.84 | $11,317.84 | $0.00 | $11,317.84 | $1,283.42 | $5,021.55 |
| 4 | BANK OF GIBSON CITY | Unsecured | $17,487.85 | $17,487.85 | $0.00 | $17,487.85 | $1,983.08 | $3,038.47 |
| 5 | LCS CAPITAL, LLC | Unsecured | $26,794.73 | $26,794.73 | $0.00 | $26,794.73 | $3,038.47 | $0.00 |
| 1U | ILLINOIS DEPARTMENT OF REVENUE | Unsecured | $89.90 | $89.90 | $0.00 | $89.90 | $0.00 | $0.00 |
| 2U | IRS | Unsecured | $84.22 | $84.22 | $0.00 | $84.22 | $0.00 | $0.00 |

Printed:   05/16/2026 10:21 AM

Page:  3

## Exhibit C

## Claims Proposed Distribution Register

### Case: 23-90412 MALLORY CHRISTINE MCCLENDON

**Case Balance:**   $12,755.68          **Total Proposed Payment:**   $12,755.68          **Remaining Balance:**   $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | **Total for Case:** | **23-90412** | $63,750.25 | $63,750.25 | $1,525.00 | $62,225.25 | $12,755.68 | |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 23-90412
Case Name:  MALLORY CHRISTINE MCCLENDON
Trustee Name: Jeffrey D. Richardson

**Balance on hand:**    $                12,755.68

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors:    $            0.00
Remaining balance:    $       12,755.68

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Jeffrey D. Richardson | 2,250.00 | 0.00 | 2,250.00 |
| Trustee, Expenses - Jeffrey D. Richardson | 115.34 | 0.00 | 115.34 |
| Attorney for Trustee Fees - Jeffrey D. Richardson | 1,225.00 | 1,225.00 | 0.00 |
| Costs re Sale of Property (closing costs, etc.) - Central Illinois Title Company | 300.00 | 300.00 | 0.00 |

Total to be paid for chapter 7 administrative expenses:    $        2,365.34
Remaining balance:    $       10,390.34

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| | None | | |

Total to be paid for prior chapter administrative expenses:    $            0.00
Remaining balance:    $       10,390.34

UST Form 101-7-TFR(5/1/2011)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $4,085.37 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1P | ILLINOIS DEPARTMENT OF REVENUE | 616.07 | 0.00 | 616.07 |
| 2P | IRS | 3,469.30 | 0.00 | 3,469.30 |

Total to be paid for priority claims: $ 4,085.37
Remaining balance: $ 6,304.97

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $55,600.42 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 11.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | DISCOVER BANK | 11,317.84 | 0.00 | 1,283.42 |
| 4 | BANK OF GIBSON CITY | 17,487.85 | 0.00 | 1,983.08 |
| 5 | LCS CAPITAL, LLC | 26,794.73 | 0.00 | 3,038.47 |

Total to be paid for timely general unsecured claims: $ 6,304.97
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for tardily filed general unsecured claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR(5/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $174.12 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1U | ILLINOIS DEPARTMENT OF REVENUE | 89.90 | 0.00 | 0.00 |
| 2U | IRS | 84.22 | 0.00 | 0.00 |

Total to be paid for subordinated claims: $ 0.00

Remaining balance: $ 0.00

UST Form 101-7-TFR(5/1/2011)